**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06CR295-DJS |
| ) | |
| **KENDRICK DARNELL MOORE,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the report and recommendation of the United States Magistrate Judge concerning defendant's motions to suppress statements and evidence, and defendant's objection thereto. Upon careful consideration of the entire record, and pursuant to 28 U.S.C. §636(b)(1),

**IT IS HEREBY ORDERED** that defendant's objection to the magistrate judge's report and recommendation [Doc. #33] is overruled.

**IT IS FURTHER ORDERED** that the report and recommendation [Doc. #32] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements [Doc. #20] and motion to suppress evidence [Doc. #21] are denied.

Dated this  1st  day of  August , 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE